# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHANGZHOU LAOSAN GROUP,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 04-1919 (ESH) |
| | ) |
| **U.S. CUSTOMS AND BORDER** | ) |
| **PROTECTION BUREAU,** | ) |
| | ) |
| **Defendant.** | ) |

## AMENDED JUDGMENT

For the reasons set forth in the accompanying Memorandum Opinion, it is this 17th day of June, 2005, hereby

**ORDERED** that defendant's Motion for Reconsideration is **GRANTED** and the Court revises its April 20, 2005 Memorandum Opinion and Order as indicated herein; and it is

**FURTHER ORDERED** that defendant's Motion for Summary Judgment is **GRANTED** except that insofar as Document Nos. 018-021, 023-030 or portions thereof may be withheld on the basis of Exemption 4, but Document Nos. 002-003, 006-007, 009-017, 031-032, 035 or portions thereof which are being withheld solely on the basis of Exemption 4 are to be produced by June 24, 2005; and it is

**FURTHER ORDERED** that plaintiff's cross-motion for summary judgment is **DENIED** except that Document Nos. 002-003, 006-007, 009-017, 031-032, 035 or portions thereof which have been withheld solely on the basis of Exemption 4 must be produced by June 24, 2005; and it is

**FURTHER ORDERED** that the above-captioned case is dismissed.

_____s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: June 17, 2005